
FILED
JAN 25 2013
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YOUNG YIL JO, <br><br>Plaintiff, <br><br>vs. <br><br>SIX UNKNOWN NAMES AGENTS or MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA, <br><br>Defendants. | Case No. CV-12-161-BLG-RFC <br><br><br>ORDER |

United States Magistrate Judge Carolyn S. Ostby recommends this Court deny Plaintiff leave to proceed in forma pauperis because this frivolous action is subject to dismissal pursuant to 28 U.S.C. § 1915(g). Doc. 2. The Court agrees. Plaintiff has filed hundreds of frivolous civil rights actions and has been assessed three strikes by at least two federal district courts. *See* doc. 2 p. 2. Since the allegations in the Complaint fail to support a finding that he is in "imminent danger of serious physical injury," he cannot proceed *in forma pauperis*. Moreover, as Plaintiff is familiar with this process, he should know that cannot file an action without paying the filing fee and it is unnecessary to give him time to pay the filing fee.

Accordingly, **IT IS ORDERED** that the Findings and Recommendations (doc. 2) are adopted in their entirety. Plaintiffs Motion to Proceed In Forma Pauperis is **DENIED** and this matter is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to close the case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated this 25 day of January, 2013.

Richard F. Cebull
United States District Judge